UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHAMEKA PHILLIPS,

   Plaintiff,

v.

BIOMET INC,

   Defendant.

Case No. 3:20-CV-436 JD

## ORDER

On November 12, 2021, the parties filed a joint Stipulation to Dismiss (DE 21), agreeing to dismiss all claims in this action with prejudice. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation (DE 21) is GRANTED. Accordingly, this case is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: November 15, 2021

                /s/ JON E. DEGUILIO
                Chief Judge
                United States District Court